■ JOHANNE N. HAVYACK, as Administratrix of the Estate of ASHER A. NATKIN, Deceased, Appellant, v. BROOKLYN LADDER CO., INC., Respondent.— Action to recover damages for the wrongful death of appellant's intestate, who, it is alleged, was struck by a falling, defective clothesline pole and received injuries which resulted in his death. Respondent had sold the pole to the owner of the building where it was installed. The appeal is from a judgment entered on the verdict of a jury in favor of respondent and against appellant. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ In the Matter of LEON LIEBMANN et al., Appellants, against ROBERT C. RICHTER et al., Constituting the Board of Appeals of the Town of Hempstead, Respondents, and JOSEPH KOLBERG et al., Intervenors-Respondents.— In a proceeding to review a determination of a board of appeals which granted a setback variance so that a two-car garage on a residence parcel could be built within 25 feet of a highway, the appeal is from an order dismissing the petition. Order reversed on the law, with $50 costs and disbursements, and petition granted. No showing of hardship was presented which warranted the granting of the variance, particularly in the light of the failure of the intervenors to apply for construction of an accessory garage on the plot, 100 feet in length and varying in width from 27.7 feet to 40 feet, which is west of and exclusive of the existent garage and driveway. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.